IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARGARET SMITH, KERMIT McAFEE AND
LEOLA WATT, WRONGFUL DEATH
BENEFICIARIES, INDIVIDUALLY, AND ON
BEHALF OF ALL OTHER WRONGFUL DEATH
BENEFICIARIES OF LORINE KING, DECEASED                PLAINTIFFS

VERSUS                                    CIVIL ACTION NO. 3:03cv81-P-A

MARINER HEALTH CARE D/B/A
GRENADA HEATLH AND REHABILITATION
CENTER; JOHN DOE NURSING HOMES;
DELORES GOOD, ADMINISTRATOR;
JOHN DOE, DIRECTORS OF NURSING; AND
JOHN DOE, NURSING HOME STAFF                          DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court on the defendants' Motion for Summary Judgment [121-1]. The Court, having reviewed the motion, the defendants' brief,[1] the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the order entered contemporaneously herewith, the Court finds that the defendants' motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendants' Motion for Summary Judgment [121-1] is well-taken and should be, and hereby is, GRANTED. This cause is hereby DISMISSED WITH PREJUDICE, each party to bears its own costs.

This, the 9th day of September, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs failed to file any response to the present motion.